**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Swiber Marine Mexico, S.A. De C.V. | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−01800 |
| | § | |
| Jim Jensen, et al. | § | |

# Notice of Referral of Motion to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Christina A. Bryan to hear and determine the motion(s) identified below:

Request for Pre−Motion Conference − #10

Date: May 7, 2025.

Nathan Ochsner, Clerk

By: Kimberly Picota
Case Manager