United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SWIBER MARINE MEXICO, S.A. DE C.V., § § Plaintiff, § § VS. § JIM JENSEN, *et al.*, § Defendants. § § § § | CIVIL ACTION NO. 4:25-CV-01800 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 7, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 11). Judge Bryan filed a *Memorandum and Recommendation* on December 9, 2025, recommending that Plaintiff's Motion to Remand (Dkt. 16) be denied. (Dkt. 31).

On January 9, 2026, Plaintiff filed its objections. (Dkt. 35). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 35) are **OVERRULED**. The Court **ACCEPTS** Judge Bryan's *Memorandum and*

*Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 31) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion to Remand (Dkt. 16) is **DENIED**; and

(3) Plaintiff's claims against Defendant Jim Jensen are **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED**.

Signed at Houston, Texas on February 20, 2026.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE